UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :
KENDRA JACKSON,                                   :
                                                  :
                          Plaintiff,              :                 25-CV-7452 (JAV)
                                                  :
          -v-                                     :                 ORDER
                                                  :
COMMISSIONER OF SOCIAL SECURITY,                  :
                                                  :
                          Defendant.              :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On September 8, 2025, Plaintiff submitted an application for counsel. *See* ECF No. 3. In determining whether to grant an application for counsel, the Court must consider "the merits of plaintiff's case, the plaintiff's ability to pay for private counsel, his efforts to obtain a lawyer, the availability of counsel, and the plaintiff's ability to gather the facts and deal with the issues if unassisted by counsel." *Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 172 (2d Cir. 1989) (per curiam). As a threshold matter, in order to qualify for counsel Plaintiff must demonstrate that the claim had "substance" or "some chance of success." *See Ferrelli v. River Manor Health Care Center*, 323 F.3d 196, 204 (2d Cir. 2003) (quotation marks and citation omitted). In reviewing a request for counsel, the Court must be cognizant of the fact that volunteer attorney time is a precious commodity and, thus, should not grant a request for counsel indiscriminately. *Cooper*, 877 F.2d at 172.

Applying these factors here, the Court determines that the appointment of counsel is not warranted. The Court is not able at this time to determine that Plaintiff's claim has the requisite substance. Accordingly, it is hereby ORDERED that the application for the appointment of pro bono of counsel is denied without prejudice.

2

The Clerk of the Court is directed to terminate ECF No. 3.

SO ORDERED.

Dated: January 5, 2026
      New York, New York

                                                   JEANNETTE A. VARGAS
                                                   United States District Judge

2