UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                              :

KENDRA JACKSON,                  :

                    :

          Plaintiff,       :

                    :          25-CV-07452 (JAV)

  -v-                   :

                    :          <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,  :

                    :

         Defendant.      :

                    :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

By order dated January 5, 2026, the Court required Plaintiff to submit a brief in support of her dispositive motion by January 21, 2026.  ECF No. 14.  Because Plaintiff failed to file the required brief, the Court issued an Order requiring Plaintiff to show good cause in writing as to why this case should not be dismissed for abandonment or failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.  ECF No. 16.  That Order was mailed to Plaintiff but returned by the Postal Service as undeliverable.

Upon a comparison of the docket and the Complaint filed by Plaintiff, it appears that the Court's docket incorrectly lists Plaintiff's address as 98 Riverdale Avenue, Apt. B913, Yonkers NY, 10701, whereas Plaintiff's pleadings and correspondence state that her address is 95 Riverdale Avenue, Apt. B913, Yonkers NY 10701.  It thus appears that Plaintiff may not have been receiving relevant filings and correspondence from this Court, and that the Certified Administrative Record was served upon the wrong address.

Accordingly, the Clerk of Court shall 1) correct the docket to reflect Plaintiff's correct address; and 2) cause to be mailed to Plaintiff at the 95 Riverdale Avenue address this Order, all

orders entered in this case, and a copy of the Social Security Information Packet.  Defendant shall serve a copy of the Certified Administrative Record in this case on Plaintiff at her correct address by **May 18, 2026**, and promptly file proof of service upon the docket.

By **June 9, 2026**, Plaintiff shall file a letter with the Court confirming that she has received these filings.  Upon receiving Plaintiff's confirmation, the Court will set a briefing schedule with respect to this case.

SO ORDERED.

Dated: May 11, 2026
         New York, New York

                                       JEANNETTE A. VARGAS
                                       United States District Judge

2