USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

OFF-WHITE LLC,

Plaintiff,

-v-

GUANGZHOU KESI E-COMMERCE CO. LTD., et al.

Defendants.

---------------------------------------------------------------------- X

25-cv-7452 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This action was initiated on August 22, 2023. Dkt. No. 1. The Court issued an amended temporary restraining order on September 28, 2023. Dkt. No. 17. That order has expired pursuant to Federal Rule of Civil Procedure 65(b)(2). *See* Fed. R. Civ. P. 65(b)(2) (a temporary restraining order expires no later than fourteen days after entry, unless extended for a like period upon a showing of good cause or on consent of the adverse party).

Plaintiff is directed to submit a status letter regarding service through the Hague Convention and is further ordered to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall submit a letter to the Court by October 2, 2026.

SO ORDERED.

Dated: October 1, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge